UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRECIOUS OKEREKE , <br><br>     v. <br><br> URBAN EDGE PROPERTY <br> MANAGEMENT, INC.; <br> JUDGE STEPHEN PIERCE, <br> Massachusetts Boston Housing Court; <br> and JUDGE KENNETH NASIF, <br> Massachusetts Boston Housing Court <br>         Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 04-11991-GAO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF DISMISSAL

O'TOOLE, D.J.

　　In accordance with this Court's order dated September 15, 2004, it is ORDERED that this case is remanded to the court from which it was removed.

　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　s/ Linn A. Weissman
　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Date September 15, 2004


(noticeofdismissal.wpd - 12/98)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[odism.]