FILED
[stamp] 2004 SEP 21 P 12: 76
U.S. DISTRICT COURT
DISTRICT OF MASS

**UNITED STATES' DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| OKEREKE, ET. AL. - )<br>Plaintiffs )<br> )<br>vs. )<br> )<br>URBAN EDGE PROPERTY MGT. INC. ET. AL. - )<br>Defendants ) | CIVIL ACTION NO.<br>04-11991-GAO |

## CHANGE OF ADDRESS

Undoubtedly, the Plaintiffs were evicted from number 106F Minden Street, #3 on Thursday – September 16th – 2004 without respect to Equal Protection and Due Process Clauses. Consequently, the Plaintiffs would like the head prevail. The mailing address will be thus:

P. O. Box 1351,
Boston – MA 02117-1351.

With time, "justice will be done and be seen to be done."

_____
PRECIOUS OKEREKE & ANOTHER,
Pro Se.

cc:  Urban Edge Property Management, Inc.
"    Judge Stephen Pierce
"    Judge Kenneth Nasif

Page 1 of 1