UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11991-GAO

PRECIOUS OKEREKE, ET AL. - )
    Plaintiffs )
)
vs. )
)
URBAN EDGE PROPERTY MANAGEMENT, INC. )
JUDGE STEPHEN PIERCE AND JUDGE KENNETH )
NASIF – BOSTON HOUSING COURT - )
    Defendants )

## PLAINTIFFS' MOTIONS TO NULLIFY NOTICE OF APPEAL, FOR THE COURT TO RECALL REMAND, RESUMPTION OF JURISDICTION AND DEMAND FOR JURY TRIAL

These would be the bases for the head:

01) The Burger King's manner the case was dealt with lent itself to practically notorious and irresponsible conclusions. That deserved distinctive judicial forum. Owing to unavoidable circumstances, the Plaintiffs deemed it judicious to change their strategies for the prosecution of the case. Nonetheless, it amounted to "conduct causing deprivations." It equally qualified for deprivation of the Plaintiffs Substantive and Procedural Due Process. The trial by ambush was insidious and invidious. The eviction was illegally executed, therefore, the Plaintiffs would not deem it intelligent to appear before the incubator of injustice and discrimination. Doing so would be tantamount to prostitution of much-needed time and crassly stupid. ***Racial discrimination*** would always be the it's benchmark! The Plaintiffs left the said Court and thought that the Judges they dealt with were biased.

02) The Court rather Deputy Clerk s/Linn A. Wissman knowingly distorted the law to argue that the Court lacked jurisdiction over the case. That was judicial sophism. [***Baltin v. Alaron Trading Corp.*** (11th Cir. No. 96-5123] In the case, the said

Court meticulously spelt out the bases for federal court's jurisdiction. The three criteria needed not to exist simultaneously – jurisdiction attached at the existence of one. Importantly, federal court could exercise jurisdiction where none of the three criteria existed. [*Klein v. Drexel Burnham Lambert*, 737 F.Supp. 319, 323 n. 11 (E.D. Pa. 1990)]

03)   It was mountainously unfortunate that Ms. or Attorney Catherine F. Downing knew not the difference between remand and dismissal. That really proved that big head never meant intelligence or knowledge. Indeed, it was preposterous and compromised the United States' quality of education. It should be a mourning time for the Massachusetts' Bar Association in particular and the American Bar Association in general. How did that happen? What a colossal professional condescension! When would "man" desist from acting sheepishly or crassly irresponsibly. Where were the intellectual courage, intellectual humility and faith-to-reasons? Well, "man will be guilty and not God." Glory, the Plaintiffs had survived the calculated trauma of the illegal and deceitful eviction. The Defendants were no better than the accusers of Weapons of Mass Destruction/Disappearance (WMD). Fair play and substantial justice had been behaviorally and not attitudinally difficult to them! Indeed, if God slept one eye would be opened!

04)   As the masters of the case, the Plaintiff prayed the Court to grant their prayer without the Plaintiffs recourse to the law. [28 USC Section 1361]

## CONCLUSION

Evidently, justice had failed to be done and be seen to be done, at all material times. Importantly, the rule of law should be respected if not revered.

Respectfully submitted on Tuesday – October 12th – 2004.

_____
PRECIOUS OKEREKE,
P. O. Box 1351,
Boston – MA 02117-1351.

## CERTIFICATE OF SERVICE

Under the penalties for perjury, the Plaintiffs certified that a true copy of the head was served upon Urban Edge Management, Inc., Judges Pierce and Nasif at their respective last known mailing address via the United States' Postal Service on Tuesday – October 12th – 2004.

_____
PRECIOUS OKEREKE,
Pro Se.