P O Box 1351,
Boston – MA 02117-1351,

Wednesday – May 31st – 2006.

Office of the Clerk,
United States District Court,
John Joseph Moakley Courthouse,
One Courthouse Way – Suite 2300,
Boston – MA 02210.

**RE: OKEREKE V URBAN EDGE PROPERTY MANAGEMENT: CIVIL NUMBER 04-11991-GAO**

Dear Sir,

Taking everything into account, I have a pending motion on the proceedings. Nonetheless, I would like you to let me know the state of things as promptly as possible, please.

Above all, you co-operation is very much appreciated!

Yours sincerely,

PRECIOUS OKEREKE,
Pro Se.