**UNITED STATES' DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
|  | CIVIL ACTION NUMBER: 04-11991-GAO |
| PRECIOUS OKEREKE, ET AL. - <br>    Plaintiffs ) |  |
| v. ) |  |
| URBAN EDGE PROPERTY MANAGEMENT - INCORPORATION - <br>    Defendants ) |  |

**PLAINTIFFS' MOTION FOR NEW TRIAL/RE-OPENING**

Indeed, there was no hearing in the truest meaning of *hearing* prior to remand of the proceedings to the Boston's Housing Court. Sadly, the number one Defendant did not consider it intelligent to act in keeping with the Court's Order – remand. It lied to the Plaintiffs that the proceedings had been dismissed to justify the eviction. The measure the Plaintiffs had embarked upon vis-à-vis the subject matter conformed with the law. [Fed. R. Civ. P. 59 (b) and (e); Fed. R. Civ. P. 60 9b)]

**CONCLUSION**

Hopefully, the importance of Equal Protection and Due Process Clauses would not be trivialized!

Respectfully submitted on Monday – October 2nd – 2006.

*[signature]*

PRECIOUS OKEREKE AND OTHERS,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.

## CERTIFICATE OF SERVICE

The Plaintiffs did not serve the Defendants with a copy of the head for unavoidable reasons.

_____
PRECIOUS OKEREKE AND OTHERS,
Pro Se.