UNITED STATES' DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OKEREKE, ET AL.

v.                                        1:04-cv-11991GAO

URBAN EDGE PROPERTY MANAGEMENT ET AL

**PLAINTIFF'S EX PARTE NOTIFICATION OF NON-COMPLIANCE WITH REMAND ORDER**

By and large, time scarcely cured condemnation to cruelty. On September 15th – 2004 the Court issued a remand Order to the proceedings, though the Plaintiffs were absent. The Defendant and its agent came and lied to the Plaintiffs that the Court dismissed the Complaint. That was before the Plaintiffs received the Court's Order through the mail. [Exhibit 1] The Defendant flouted the Court's Order of remand and elected to evict the Plaintiffs and her family members. The socio-economic cost was seemingly unquantifiable. Presently, it associated not with statute of limitations. Besides, statute of limitations never meant jurisdictional bar.

The Plaintiff submitted a Notice of Appeal on the proceedings and it was pending. On the second thought, the Plaintiffs considered it judicious to bring to the attention of the Court that its Order was knowingly trivialized and disrespected. Consequently, something should be done about it. Not doing so meant violation of the law too [on the part of the Court]

### CONCLUSION

Indeed, the law had been no respecter of any person. The Defendants indisputably violated the law, thus non-compliance with the Court's Order. It meant obstruction of justice, which had criminal implications too. Naturally, the ugly state of things necessitated sanction imposition without time wasting. Given that the Court aimed

not at doing nothing about it, the Plaintiffs would seek extraordinary writ vis-à-vis the proceedings sooner. The Court should not make the Defendants sacred cows!

_____
PRECIOUS OKEREKE,
Pro Se,
P. O. Box 1351,
Boston – MA 02117-1351.
Telephone: (617) 265 6291.

### CERTIFICATE OF SERVICE

The Plaintiff did not serve the Defendant, because of the nature of the subject matter.

_____
PRECIOUS OKEREKE,
Pro Se.

## Other Orders/Judgments

1:04-cv-11991-GAO Okereke v. Urban Edge Property Management et al

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Weissman, Linn entered on 9/15/2004 at 4:20 PM EDT and filed on 9/15/2004
**Case Name:**    Okereke v. Urban Edge Property Management et al
**Case Number:**  1:04-cv-11991
**Filer:**
**Document Number:** 4

**Docket Text:**
Judge George A. O'Toole Jr.: ORDER entered. In accordance with this Court's [3]order dated September 15, 2004, it is ORDERED that this case is remanded to the court from which it was removed. (Weissman, Linn)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=9/15/2004] [FileNumber=668958-0]
[cb38dc172d307943a96f17fc549b15dcb1ad5aecaaffe41d7c78d09625f913ddb4aa
5a79e18b91828d8022b295746facd114470ca493d89e96ee69d8d2ca654a]]

**1:04-cv-11991 Notice will be electronically mailed to:**

**1:04-cv-11991 Notice will not be electronically mailed to:**

Catherine Downing
Downing & Flynn
Suite 1000
85 Devonshire Street
Boston, MA 02109

Precious Okereke
106F Minden Street
Boston, MA 02130